UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINA THOMAS

    Plaintiff,                                         Civil Action No. 12-cv-14549
                                                  HON. BERNARD A. FRIEDMAN

vs.

STATE OF MICHIGAN
DEPARTMENT OF HUMAN
SERVICES, et al.,

    Defendants.
_____/

## **J U D G M E N T**

      The Court has summarily dismissed plaintiff's complaint.

    Accordingly,

      IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

                                                   DAVID J. WEAVER
                                                   CLERK OF COURT


                                                 By:__Carol L. Mullins____
                                                           Deputy Clerk

November 7 , 2012

Approved:_S/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        U.S. DISTRICT JUDGE